REMAND/JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-6983-GW(RAOx) | Date | November 2, 2015 |
|---|---|---|---|
| Title | *Karolyn Sparks v. Boston Scientific Corporation, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Mark Sparks | Eva M. Weiler |

**PROCEEDINGS:** **PLAINTIFF'S MOTION TO REMAND AND REQUEST FOR EXPEDITED CONSIDERATION [18]**

Court and counsel confer. For reasons stated on the record, Plaintiff's Motion is GRANTED. The Court hereby remands the above-entitled action to the Superior Court of California, Los Angeles County (BC515043KKK).

: 01

Initials of Preparer   JG